PER CURIAM.
Granted. Judgment of the court of appeal is reversed. Percle v. Oubre, 564 So.2d 352 (La.App. 1st Cir.), writ denied 567 So.2d 613 (1990); Ramos v. Southwest Louisiana Elec. Membership Corp., 536 So.2d 713 (La.App. 3d Cir.1988); Miller v. J.P. Owen Co., Inc., 509 So.2d 1038 (La.App. 3d Cir.), writ denied 514 So.2d 455 (1987); Babin v. Saturn Eng’g Corp., 501 So.2d 857 (La.App. 5th Cir.1987). Summary judgment is denied. Riehm v. Kellogg, 520 So.2d 1169 (La.App. 4th Cir.1987), writ granted 523 So.2d 1331, dismissed 530 So.2d 1164 (1988), is hereby overruled. Case is remanded to the district court for further proceedings.